UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

-FILED-

FEB 22 2021

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case # 3:21cv130

(a) PLAINTIFF: -NON-Commercial-
MYKEL EZRA SMITH No. 98-9594

(b) COUNTY OF RESIDENCE:
MIAMI COUNTY

(c) ATTORNEY(S) -COMMERCIAL-
MYKEL EZRA SMITH ESTATE No. 82-9454
c/o 3038 West 850 South
BUNKERHILL, INDIANA, USA

(d) Defendant
Deputy WARDEN PAYNE ET AL.
S. MORSON D/B/A FACILITY GREIVANCE SPECIALIST

(e) ATTORNEY(S)
MIAMI CORRECTIONAL FACILITY
3038 WEST 850 SOUTH
BUNKERHILL, INDIANA, USA

COMPLAINT

On or about January 21, 2021, the Defendant and other employees at the Miami Correctional Facility, whose names and titles are unknown violated the United States Constitution and Indiana State Constitution as ratified without susequent amendments while acting as employees of the Indiana Department of Correction. This is a verified notice that these violations have occured in the Past and Continue to occur In the Present. I am not a United State Citizen or Citizen of Indiana State. I am white and I was BORN IN Illinois State. DVR-Footage of the incident and Administrative Records are located within the Miami Correctional Facility's Possesion. I DID NOT Consent to none of the actions of the defendant and I am suing the defendant(s) in their Official Capacity for the sum of one-billion United States Dollars and zero cents. (1,000,000,000.00)(USD) FOR Damages and attorney fees relating to my business a personal Interest. I Request the Court issue a finding of fact that the defendant violated the United States Constitution and Indiana State Constitution, Also that the defendant pay the cost of this Proceeding and or appeal and offer any other relief that I may be entitled. Along with Full Satisfaction, Settlement and Closure of all Inferior claims held against me and my Property for which I am exempt.

Page 1 of 2 - Complaint

[Private]
[confidential]

FOR USE By Security Attorney

[ENDORSEMENT]

(a) Attorney information (commercial)

1. name of entity: mykei ezra smith estate

2. employer identification number: 82-6449454

3. Doing Business As Certificate on file at Marion County Recorder, 200 East Washington Street, Indianapolis, Indiana, USA as Smith, mykei ezra a/b/a mykei ezra smith estate.

(b) Plaintiff Personal Information (non-Commercial)

1. Full name: Mykei Ezra Smith      6. signature: [signature]      9. Sex: Male

2. ID No.: 98-1519594      7. address: EIN International Operation

3. birthplace: Illinois State                Cincinnati, OHIO USA

4. Status in the United States: White (EUROPEAN)    8. Marital Status: Single

5. Birth certificate on File with Illinois Secretary of State and Department of State via Washington, DC

[ENDORSEMENT]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case #

## Declaration

I, DECLARE UNDER THE LAWS OF THE UNITED STATES OF AMERICA THE FOREGOING IS TRUE AND CORRECT. [without the United States]

Dated: February 3, 2021    By: [L.S.]
   mykel ezra smith estate No. 82-9454, Attorney on behalf of mykel Ezra Smith
   c/o 3038 West 850 South
   Bunker Hill, Indiana, USA
   (All Rights Reserved)

Page 2 of 2 - Complaint

[Private]
[Confidential]

For use by Securities Attorney

[Endorsement]

(a) Attn info: (Commercial)

1. Name of entity: mykel ecra smith estate
2. ein: 82-6449454
3. dBA certificate on file with Marion County Recorder

(b) Plaintiff Personal Information (non-commercial) (Exempt)

1. Full name: mykel ecra smith
2. National ID #: 98-1519594
3. birthplace: Illinois State
4. Status in United States: White (European)
5. birth certificate on file with Illinois Secretary of State
6. Signature: [signature]
7. Address: BIN International Operation, Cincinnati, OH 20, USA
8. Marital Status: Single
9. Sex: Male

[Endorsement]