AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MYKEL EZRA SMITH,

      Plaintiff

      v.                                    Civil Action No. 3:21-cv-00130

PAYNE, *Deputy Warden,*
S. MORSON, *doing business as*
Facility Greivance Specialist

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Robert L. Miller, Jr.

DATE: May 28, 2021                        ROBERT N. TRGOVICH, CLERK OF COURT

                                                              By: s/ L. Higgins-Conrad
                                                                    *Signature of Deputy Clerk*